172 A.3d 1083

NEW JERSEY STATE POLICE, PETITIONER–RESPONDENT,
v. TROOPER NICOLE CUSANELLI #6166,
RESPONDENT–PETITIONER.

C–263 September Term 2017
079152

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005611–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied, with costs.

172 A.3d 1083

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT,
v. WILBERT HANNAH, A/K/A RABE,
DEFENDANT–PETITIONER.

C–280 September Term 2017
079467

November 9, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–003515–14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.